# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1652
LT Case No. 2023-CT-001958

_____

LEE VAN WALTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Clay County.
Kristina Keller Mobley, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

April 10, 2026

HARRIS, J.

In this *Anders*[1] appeal, Lee Van Walton, Jr. ("Appellant")
challenges the judgment and sentences imposed after a jury trial

_____

[1] *See Anders v. California*, 386 U.S. 738 (1967).

on the charges of Refusal to Submit to DUI Testing and DUI. Appellant has shown no reversible error in the judgment and sentence, and our review of the record likewise has shown no reversible error apparent on its face. *See State v. Causey*, 503 So. 2d 321 (Fla. 1987). However, there is an obvious scrivener's error that should be corrected. The trial court ordered that Appellant's eight-month jail sentence for Refusal to Submit to DUI Testing and his twelve-month probationary sentence for Driving Under the Influence were to run consecutively. The written judgment and sentence erroneously reflects the sentences running concurrently. Therefore, while we affirm the judgment and sentence entered below, we remand with instructions that an amended judgment and sentence be rendered which correctly reflects that Appellant's sentences were imposed consecutively.

AFFIRMED and REMANDED with instructions.

LAMBERT and EDWARDS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

2